UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **MICHAEL LEON HAYES** | **CIVIL ACTION NO. 14-3244-P** |
| **VERSUS** | **JUDGE FOOTE** |
| **J.M. LAWRENCE, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

### REPORT AND RECOMMENDATION

In accordance with the standing order of this court, this matter was referred to the undersigned Magistrate Judge for review, report and recommendation.

### STATEMENT OF CLAIM

Before the court is a civil rights complaint filed by pro se plaintiff Michael Leon Hayes ("Plaintiff"), pursuant to 42 U.S.C. § 1983. This complaint was received and filed in this court on November 12, 2014. Plaintiff is incarcerated in the Bossier Parish Minimum Security Facility in Plain Dealing, Louisiana. He complains his civil rights were violated during his criminal trial proceedings and that his incarceration is unconstitutional. He names the Office of the 26th Judicial District Court District Attorney, the Clerk of Court, the Public Defender's Office, Assistant District Attorney J.M. Lawrence, and Assistant District Attorney D.M. Stinson as defendants.

Plaintiff was ordered on June 18, 2015, to file, within 30 days of the service of the order, an amended complaint and documentary proof that he has exhausted his available state court remedies regarding his alleged unlawful incarceration (Doc. 11). To

date, Plaintiff has not filed an amended complaint.

Accordingly;

**IT IS RECOMMENDED** that this complaint be **DISMISSED WITHOUT PREJUDICE**, sua sponte, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure as interpreted by the court and under the court's inherent power to control its own docket. See Link v. Wabash Railroad Company, 370 U.S. 626, 82 S.Ct. 1386 (1962); Rogers v. Kroger Company, 669 F.2d 317, 320-321 (5th Cir. 1983).

## OBJECTIONS

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), parties aggrieved by this recommendation have fourteen (14) days from service of this Report and Recommendation to file specific, written objections with the Clerk of Court, unless an extension of time is granted under Fed. R. Civ. P. 6(b). A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Counsel are directed to furnish a courtesy copy of any objections or responses to the District Judge at the time of filing.

A party's failure to file written objections to the proposed findings, conclusions and recommendation set forth above, within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions that were accepted by the district court and that were not objected to by the aforementioned party. See Douglas v. U.S.A.A., 79 F.3d 1415 (5th Cir. 1996) (en banc).

**THUS DONE AND SIGNED**, in chambers, at Shreveport, Louisiana, on this 9th day of November 2015.

Mark L. Hornsby
U.S. Magistrate Judge